IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIN YONG SHIN,<br><br>Plaintiff,<br><br>-against-<br><br>DONG HEA RESTAURANT (USA) CORP. d/b/a DONG HEA SU SAN, SUNG M. PARK a/k/a KEVIN PARK, KANG WON LEE, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 2:17-CV-525-CCC-SCM<br><br>CIVIL ACTION |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JIN YONG SHIN, by and through his attorneys, respectfully submit this Stipulation of Voluntary Dismissal of this action, with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: March 13, 2017

By: _____
**KIM, CHO & LIM, LLC**
Seoung Y. Lim, Esq. (SL4581)
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
Tel: (201) 585-7400
Fax: (201) 585-7422
*Attorneys for Plaintiff,*
Jin Yong Shin
joshualim@kcllawfirm.com

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 3/14/17